**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF TEXAS

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **TFRC Enterprises LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 9  0  –  0  7  5  9  1  3  6 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **22214 Highland Knolls**<br>Number   Street | _____<br>Number   Street |
| **Suite 120** | _____<br>P.O. Box |
| **Katy**             **TX**   **77450**<br>City             State   ZIP Code | _____<br>City          State   ZIP Code |
| **HARRIS**<br>County | Location of principal assets, if different from principal place of business |
| | _____<br>Number   Street |
| | _____ |
| | _____<br>City          State   ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor __TFRC Enterprises LLC_____     Case number (if known) _____

| | |
|---|---|
| 7. | **Describe debtor's business** |

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.*  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__5__   __3__   __1__   __3__

| | |
|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **TFRC Enterprises LLC**                                                      Case number (if known) _____

| | | |
|---|---|---|
| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years?<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes. District _____ When _____ Case number _____<br><br>                                   MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                   MM / DD / YYYY<br>         District _____ When _____ Case number _____<br>                                   MM / DD / YYYY |
| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes. Debtor _____ Relationship _____<br>         District _____ When _____<br>                                      MM / DD / YYYY<br>         Case number, if known _____<br><br>         Debtor _____ Relationship _____<br>         District _____ When _____<br>                                      MM / DD / YYYY<br>         Case number, if known _____ |
| 11. | Why is the case filed in *this district*? | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

Debtor **TFRC Enterprises LLC** _____  Case number (if known) _____

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**
_____
Number      Street

_____

_____
City                                    State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

## Statistical and adminstrative information

13. **Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

15. **Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

16. **Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor  **TFRC Enterprises LLC**                                            Case number (if known) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.** **Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **01/27/2023**
              MM / DD / YYYY

X  **/s/ Richard J. Whitmore, II**
   Signature of authorized representative of debtor

   **Richard J. Whitmore, II**
   Printed name

   **Managing Member**
   Title

**18.** **Signature of attorney**

X  **/s/ Richard Lee Fuqua II**                          Date  **01/27/2023**
   Signature of attorney for debtor                             MM / DD / YYYY

   **Richard Lee Fuqua II**
   Printed name

   **Fuqua & Associates, P.C.**
   Firm name

   **8558 Katy Freeway**
   Number        Street

   **Suite 119**

   **Houston**                              **TX**      **77024**
   City                                     State      ZIP Code

   **(713) 960-0277**                       **RLFuqua@FuquaLegal.com**
   Contact phone                            Email address

   **07552300**                             **TX**
   Bar number                               State

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard J. Whitmore, II, declare under penalty of perjury that I am the sole Managing Member of TFRC Enterprises, LLC, a Texas limited liability company and that on January 27, 2023 the following resolution was duly adopted by the sole managing member of this company:

"Whereas, it is in the best interest of this company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Richard J. Whitmore, II, sole Managing Member of the company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the company; and

Be it Further Resolved, that Richard J. Whitmore, II, sole Managing Member of the company, is authorized and directed to appear in all bankruptcy proceedings on behalf of the company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the company in connection with such bankruptcy case; and

Be it Further Resolved, that Richard J. Whitmore, II, sole Managing Member of the company, is authorized and directed to employ Richard L. Fuqua, attorney and the law firm of Fuqua & Associates, PC to represent the company in such bankruptcy case."

Executed on:   <u>January 27, 2023</u>                    Signed:

TFRC Enterprises, LLC

By:          _____

Richard J. Whitmore, II,
Managing Member

**Fill in this information to identify the case**

Debtor name ___TFRC Enterprises LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF TEXAS___

Case number
(if known) _____

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of
debtor's interest

2.  **Cash on hand** _____

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Capitol One bank account garnished by receiver on or about January 17, 2023 | | __ __ __ __ | ($43,500.00) |

4.  **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

| | |
|---|---|
| 4.1. Silver coins in possession of Debtor's attorney | $55,000.00 |

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $11,500.00 |
|---|

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

Debtor     **TFRC Enterprises LLC**                                                      Case number (if known) _____
            Name

| | | Current value of debtor's interest |
|---|---|---|

**7.** **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.   Tenant deposits _____     $16,517.00

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

**9.** **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.                           $16,517.00

---

**Part 3:   Accounts receivable**

---

**10.** **Does the debtor have any accounts receivable?**

   ☑ No.  Go to Part 4.
   ☐ Yes.  Fill in the information below.

**11.** **Accounts receivable**

| | | | Current value of debtor's interest |
|---|---|---|---|

11a.  90 days old or less:   _____ – _____ = ··············· ➔  _____
                             face amount             doubtful or uncollectible accounts

11b.  Over 90 days old:      _____ – _____ = ··············· ➔  _____
                             face amount             doubtful or uncollectible accounts

**12.** **Total of Part 3**
   Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       $0.00

---

**Part 4:   Investments**

---

**13.** **Does the debtor own any investments?**

   ☑ No.  Go to Part 5.
   ☐ Yes.  Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** Mutual funds or publicly traded stocks not included in Part 1

   Name of fund or stock:

**15.** Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture

   Name of entity:                                        % of ownership:

**16.** Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1

   Describe:

**17.** **Total of Part 4**
   Add lines 14 through 16.  Copy the total to line 83.                          $0.00

---

**Part 5:   Inventory, excluding agriculture assets**

---

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

   ☐ No.  Go to Part 6.
   ☑ Yes.  Fill in the information below.

Debtor   **TFRC Enterprises LLC**_____   Case number (if known) _____
         Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| miscellaneous building materials and appliances | | | | $11,000.00 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.

$11,000.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **28. Crops--either planted or harvested** | | | | |
| **29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

Debtor  __TFRC Enterprises LLC_____    Case number (if known) _____
        Name

37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?
     ☐  No
     ☐  Yes

## Part 7:   Office furniture, fixtures, and equipment; and collectibles

38.  Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
     ☑  No. Go to Part 8.
     ☐  Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  Office furniture

40.  Office fixtures

41.  Office equipment, including all computer equipment and
     communication systems equipment and software

42.  Collectibles  *Examples:* Antiques and figurines; paintings, prints, or other
     artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
     or baseball card collections; other collections, memorabilia, or collectibles

43.  Total of Part 7.
     Add lines 39 through 42.  Copy the total to line 86.                                    $0.00

44.  Is a depreciation schedule available for any of the property listed in Part 7?
     ☐  No
     ☐  Yes

45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?
     ☐  No
     ☐  Yes

## Part 8:   Machinery, equipment, and vehicles

46.  Does the debtor own or lease any machinery, equipment, or vehicles?
     ☑  No. Go to Part 9.
     ☐  Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

48.  Watercraft, trailers, motors, and related accessories Examples: Boats
     trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  Aircraft and accessories

50.  Other machinery, fixtures, and equipment (excluding farm
     machinery and equipment)

51.  Total of Part 8.
     Add lines 47 through 50.  Copy the total to line 87.                                    $0.00

52.  Is a depreciation schedule available for any of the property listed in Part 8?
     ☐  No
     ☐  Yes

Debtor      __TFRC Enterprises LLC_____      Case number (if known) _____
                 Name

53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?
       ☐  No
       ☐  Yes

## Part 9:   Real property

54.  Does the debtor own or lease any real property?

       ☐  No.  Go to Part 10.
       ☑  Yes.  Fill in the information below.

55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  1506 Eagle Lake Rd.<br>Sealy, TX 77474<br>1506 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $162,852.00 |
| 55.2.  1512 Eagle Lake Rd.<br>Sealy, TX 77474<br>1512 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $94,680.00 |
| 55.3.  1514 Eagle Lake Rd.<br>Sealy, TX 77474<br>1514 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $162,852.00 |
| 55.4.  1502 Eagle Lake Rd.<br>Sealy, TX 77474<br>1502 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $162,852.00 |
| 55.5.  1510 Eagle Lake Rd.<br>Sealy, TX 77474<br>1510 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $88,000.00 |
| 55.6.  1516 Eagle Lake Rd.<br>Sealy, TX 77474<br>1516 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $138,000.00 |
| 55.7.  1520 Eagle Lake Rd.<br>Sealy, TX 77474<br>1520 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $170,000.00 |
| 55.8.  1522 Eagle Lake Rd.<br>Sealy, TX 77474<br>1522 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $100,000.00 |
| 55.9.  1524 Eagle Lake Rd.<br>Sealy, TX 77474<br>1524 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $157,000.00 |
| 55.10.  1526 Eagle Lake Rd.<br>Sealy, TX 77474<br>1526 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $125,000.00 |
| 55.11.  1528 Eagle Lake Rd.<br>Sealy, TX 77474<br>1528 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $153,000.00 |

Debtor  __TFRC Enterprises LLC_____     Case number (if known) _____
          Name

| | | | | | |
|---|---|---|---|---|---|
| 55.12. | 1530 Eagle Lake Rd.<br>Sealy, TX 77474<br>1530 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $139,840.00 |
| 55.13. | 1532 Eagle Lake Rd.<br>Sealy, TX 77474<br>1532 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $150,000.00 |
| 55.14. | 1534 Eagle Lake Rd.<br>Sealy, TX 77474<br>1534 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $153,784.00 |
| 55.15. | 1602 Eagle Lake Rd.<br>Sealy, TX 77474<br>1602 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $154,861.00 |
| 55.16. | 1604 Eagle Lake Rd.<br>Sealy, TX 77474<br>1604 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $142,000.00 |
| 55.17. | 1606 Eagle Lake Rd.<br>Sealy, TX 77474<br>1606 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $128,000.00 |
| 55.18. | 1612 Eagle Lake Rd.<br>Sealy, TX 77474<br>1612 Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $150,000.00 |
| 55.19. | 1616  Eagle Lake Rd.<br>Sealy, TX 77474<br>1616  Eagle Lake Rd., Sealy, TX 77474 | Fee Simple | | | $172,000.00 |
| 55.20. | 2803 Lazy River<br>Sealy, Texas 77474<br>2803 Lazy River, Sealy, TX 77474 | Fee Simple | | | $9,000.00 |
| 55.21. | 5006 Jamie Lynn<br>Katy, Texas<br>5006 Jamie Lynn, Katy, Texas | Fee Simple | | | $6,000.00 |

**56.  Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$2,719,721.00**

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:  Intangibles and Intellectual Property**

**59.  Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

Debtor   **TFRC Enterprises LLC**                                                    Case number (if known) _____
_____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. Patents, copyrights, trademarks, and trade secrets

61. Internet domain names and websites

62. Licenses, franchises, and royalties

63. Customer lists, mailing lists, or other compilations

64. Other intangibles, or intellectual property

65. Goodwill

66. **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                                                    **$0.00**

67. Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☐ No
☐ Yes

69. Has any of the property listed in Part 10 been appraised by a professional within the last year?
☐ No
☐ Yes

## Part 11:   All other assets

70. Does the debtor own any other assets that have not yet been reported on this form?
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes.  Fill in the information below.

Current value of debtor's interest

71. Notes receivable

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

73. Interests in insurance policies or annuities

74. Causes of action against third parties (whether or not a lawsuit has been filed)

75. Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims

76. Trusts, equitable or future interests in property

77. Other property of any kind not already listed  *Examples:* Season tickets, country club membership

   **Debtor's funds held by state court receiver**                                                              $43,500.00

78. **Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.                                                         **$43,500.00**

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
☑ No
☐ Yes

Debtor   **TFRC Enterprises LLC**                                    Case number (if known) _____
              Name

---

**Part 12:**  Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $11,500.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $16,517.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $11,000.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9.* ......................................➔ | | $2,719,721.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $43,500.00 | |
| 91. Total. Add lines 80 through 90 for each column.  91a. | $82,517.00 | + 91b. $2,719,721.00 |

92. Total of all property on Schedule A/B.  Lines 91a + 91b = 92.................................................................  $2,802,238.00

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><u>TFRC Enterprises LLC</u></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><u>SOUTHERN DISTRICT OF TEXAS</u></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

**Official Form 206D**

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>that supports<br>this claim |
|---|---|---|---|
| **2.1** Creditor's name<br><u>Clark Street Properties</u><br><br>Creditor's mailing address<br><u>3114 Carnegie</u><br><br><br><u>Houston        TX    77005</u><br>Creditor's email address, if known<br><br>Date debt was incurred<br>Last 4 digits of account number<br>Do multiple creditors have an interest in the same property?<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br><br>**2803 Lazy River, Sealy, TX 77474**<br><br>Describe the lien<br><br>**First lien**<br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $94,000.00 | $90,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          $416,487.00

Debtor **TFRC Enterprises LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.2** Creditor's name
**Loancare**

Creditor's mailing address
**PO Box 60509**

_____

_____
**City of Industry        CA    91716-0509**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    __ __ __ __

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☑ No.  Specify each creditor, including this
  creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**1602 Eagle Lake Rd., Sealy, TX 77474**

Describe the lien
**First lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $86,702.00 | $424,861.00 |
|---|---|---|---|

For 1602 Eagle Lake Rd., Sealy, TX 77474: 1) Loancare; 2) Quest Trust Company.  For 1604 Eagle Lake Rd., Sealy, TX 77474: 1) Loancare; 2) Quest Trust Company.  For 1606 Eagle Lake Rd., Sealy, TX 77474: 1) Loancare; 2) Quest Trust Company.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**2.3** Creditor's name
**New Rez LLC**

Creditor's mailing address
**c/o Shellpoint Mtg Servicing**

**PO Box 650840**

_____

_____
**Dallas                    TX    75265-0840**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                    __ __ __ __

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes.  Have you already specified the
relative priority?

  ☑ No.  Specify each creditor, including this
  creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

**1528 Eagle Lake Rd., Sealy, TX 77474**

Describe the lien
**First lien**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  | $114,089.00 | $596,624.00 |
|---|---|---|---|

For 1528 Eagle Lake Rd., Sealy, TX 77474: 1) New Rez LLC; 2) Quest Trust Company.  For 1530 Eagle Lake Rd., Sealy, TX 77474: 1) New Rez LLC; 2) Quest Trust Company.  For 1532 Eagle Lake Rd., Sealy, TX 77474: 1) New Rez LLC; 2) Quest Trust Company.  For 1534 Eagle Lake Rd., Sealy, TX 77474: 1) New Rez LLC; 2) Quest Trust Company.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

Debtor    **TFRC Enterprises LLC** _____    Case number (if known) _____

| **Part 1:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|

| **2.4** | Creditor's name |
|---|---|

PHH Mortgage Services _____

Creditor's mailing address
PO Box 94087 _____

_____

Palatine          IL      60094-4087

Creditor's email address, if known
_____

Date debt was incurred _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No

☑ Yes.  Have you already specified the
relative priority?

   ☑ No.  Specify each creditor, including this
   creditor, and its relative priority.

Describe debtor's property that is
subject to a lien

1520 Eagle Lake Rd., Sealy, TX 77474    $121,696.00    $552,000.00

Describe the lien

**First lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☑ No

☐ Yes.  Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

For 1520 Eagle Lake Rd., Sealy, TX 77474: 1) PHH Mortgage Services; 2) Quest Trust Company.  For 1522 Eagle Lake Rd.,
Sealy, TX 77474: 1) PHH Mortgage Services; 2) Quest Trust Company.  For 1524 Eagle Lake Rd., Sealy, TX 77474: 1) PHH
Mortgage Services; 2) Quest Trust Company.  For 1526 Eagle Lake Rd., Sealy, TX 77474: 1) PHH Mortgage Services; 2) Quest
Trust Company.

   ☐ Yes.  The relative priority of creditors is
   specified on lines _____

Debtor   **TFRC Enterprises LLC** _____   Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column A — Amount of claim
Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.5**  Creditor's name
**Quest Trust Company** _____

Creditor's mailing address
**c/o Raymond Riddell** _____

**17171 Park Row Dr** _____

_____

**Houston           TX    77084** _____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account
number                      ___  ___  ___  ___

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes.  Have you already specified the relative priority?

   ☑ No.  Specify each creditor, including this creditor, and its relative priority.

Describe debtor's property that is subject to a lien
**1506 Eagle Lake Rd., Sealy, TX 77474**

Amount of claim: **$0.00**
Value of collateral: **$2,704,721.00**

Describe the lien
**2nd lien deed of trust / Agreement** _____

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

For 1506 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company.  For 1502 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company.  For 1612 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company.  For 1616  Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company.  For 1510 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company; 2) Quest Trust Company.  For 1514 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company; 2) Quest Trust Company.  For 1512 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company; 2) Quest Trust Company.  For 1516 Eagle Lake Rd., Sealy, TX 77474: 1) Quest Trust Company; 2) Quest Trust Company.  For 1520 Eagle Lake Rd., Sealy, TX 77474: See 2.4.  For 1522 Eagle Lake Rd., Sealy, TX 77474: See 2.4.  For 1524 Eagle Lake Rd., Sealy, TX 77474: See 2.4.  For 1526 Eagle Lake Rd., Sealy, TX 77474: See 2.4.  For 1528 Eagle Lake Rd., Sealy, TX 77474: See 2.3.  For 1530 Eagle Lake Rd., Sealy, TX 77474: See 2.3.  For 1532 Eagle Lake Rd., Sealy, TX 77474: See 2.3.  For 1534 Eagle Lake Rd., Sealy, TX 77474: See 2.3.  For 1602 Eagle Lake Rd., Sealy, TX 77474: See 2.2.  For 1604 Eagle Lake Rd., Sealy, TX 77474: See 2.2.  For 1606 Eagle Lake Rd., Sealy, TX 77474: See 2.2.

☐ Yes.  The relative priority of creditors is specified on lines _____

Debtor __TFRC Enterprises LLC_____  Case number (if known) _____

| Part 1: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.6** Creditor's name

__Quest Trust Company__

Creditor's mailing address

__c/o Reggie Fox__

__17171 Park Row Dr__

_____

__Houston          TX   77084__

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number _____ _____ _____ _____

Do multiple creditors have an interest in the same property?

☐ No

☒ Yes.  Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   ☒ Yes.  The relative priority of creditors is specified on lines __2.5__

Describe debtor's property that is subject to a lien

__1512 Eagle Lake Rd., Sealy, TX 77474__

Describe the lien

__First lien__

_____

Is the creditor an insider or related party?

☒ No

☐ Yes

Is anyone else liable on this claim?

☒ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $0.00

Column B: $483,532.00

---

**Fill in this information to identify the case:**

Debtor      <u>TFRC Enterprises LLC</u>

United States Bankruptcy Court for the: <u>SOUTHERN DISTRICT OF TEXAS</u>

Case number
(if known)     _____

☐ Check if this is an
     amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with
NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim.
Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G:
Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left.
If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

     ☐ No. Go to Part 2.
     ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
     If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $11,500.00 | $11,500.00 |

**2.1**   Priority creditor's name and mailing address

<u>Austin County</u>

<u>804 E. Wendt</u>

_____

_____

<u>Bellville</u>     <u>TX</u>    <u>77418</u>

Date or dates debt was incurred

_____

Last 4 digits of account
number   ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:   11 U.S.C. § 507(a)(  <u>8</u>  )

**property ad valorem taxes**

As of the petition filing date, the
claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

<u>Taxes</u>

Is the claim subject to offset?

☑ No
☐ Yes

---

| | |
|---|---|
| Debtor | **TFRC Enterprises LLC** |

Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

$1,843.77

Capital Premium Financing LLC

☐ Contingent

PO Box 660232

☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

| Dallas | TX | 77450 |

Property Insurance

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

$875.97

City of Sealy

☐ Contingent

Utilities Dept.

☐ Unliquidated

PO Box 517

☐ Disputed

_____

**Basis for the claim:**

| Sealy | TX | 77474-0517 |

Utilities

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

$3,900.00

Hary Sexton Enterprises

☐ Contingent

1539 S. Mason Rd # 73

☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

| Katy | TX | 77450 |

Goods & Services

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.

$409.00

Home Depot Credit Card

☐ Contingent

Dept 32 - 2194896084

☐ Unliquidated

PO Box 9001030

☐ Disputed

_____

**Basis for the claim:**

| Louisville | KY | 40290-1030 |

Credit Card

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor   **TFRC Enterprises LLC**                                     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $261.04 |
|---|---|---|---|

Reliant

PO Box 650475

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                         TX        75265-0475

Basis for the claim: **Utilities**

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

S&H Storage

PO Box 782

☐ Contingent
☐ Unliquidated
☐ Disputed

Sealy                          TX        77474

Basis for the claim: **Storage fees**

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $116.48 |
|---|---|---|---|

Wellington Risk Ins Agency

PO Box 230

☐ Contingent
☐ Unliquidated
☐ Disputed

Fort Worth                     TX        76101

Basis for the claim: **Insurance**

Date or dates debt was incurred        _____

Is the claim subject to offset?

Last 4 digits of account number   __ __ __ __

☑ No
☐ Yes

Debtor  __TFRC Enterprises LLC_____     Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be
    listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages
    are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**  __Internal Revenue Service_____

__300 E. 8th Street_____

__M/S 5026 AUS_____

__Austin_____ TX __78701__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.2**  __Internal Revenue Service_____

__Centralized Insolvency Operation_____

__P.O. Box 7346_____

__Philadelphia_____ PA __19101-7346__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.3**  __Seth Kretzer, Receiver_____

__Kretzer Firm_____

__917 Franklin Street, Sixth Foor_____

__Houston_____ TX __77002__

**Order Appointing Receiver - Cause No .2014-01425A; 11th District Court of Harris County, Texas**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.4**  __Seth Kretzer, Receiver_____

__9119 S. Gessner Rd._____

__Suite 105_____

__Houston, Texas_____

**Order Appointing Receiver - Cause No. 2014-01425A; 11th Judicial District Court of Harris County**

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.5**  __United States Attorney General_____

__950 Pennsylvania Ave, NW_____

__Washington_____ DC __20530-0001__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

**4.6**  __United States Attorney's Office_____

__Civil Process Clerk_____

__1000 Louisiana Street, Ste 2300_____

__Houston_____ TX __77002__

Line _____

☑ Not listed.  Explain:
**Notice Only**

__ __ __ __

Debtor   __TFRC Enterprises LLC_____   Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. _____ $11,500.00 |
| 5b. | **Total claims from Part 2** | 5b. + _____ $7,506.26 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. _____ $19,006.26 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor Name __TFRC Enterprises LLC__

United States Bankruptcy Court for the:   __SOUTHERN DISTRICT OF TEXAS__

Case number (if known):   _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1:   Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B..................................................................... | $2,719,721.00 |

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B................................................................... | $82,517.00 |

   1c. **Total of all property**
   Copy line 92 from Schedule A/B..................................................................... | $2,802,238.00 |

### Part 2:   Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | $416,487.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | $11,500.00 |

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | + $7,506.26 |

4. **Total liabilities**
   Lines 2 + 3a + 3b........................................................................................... | $435,493.26 |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name    **TFRC Enterprises LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **01/27/2023**          X **/s/ Richard J. Whitmore, II**
          MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                   **Richard J. Whitmore, II**
                                   Printed name

                                   **Managing Member**
                                   Position or relationship to debtor

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

In re  **TFRC Enterprises LLC**

Case No. _____

Chapter    <u>11</u>_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept...........................Hourly: Estimated Total    _____ **$0.00**

Prior to the filing of this statement I have received........................................................ **$56,738.00**

Balance Due..........................................................................Hourly: Approximately    ____ **($56,738.00)**

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/27/2023 | /s/ Richard Lee Fuqua II | |
|---|---|---|
| *Date* | *Richard Lee Fuqua II* | Bar No.  07552300 |
| | Fuqua & Associates, P.C. | |
| | 8558 Katy Freeway | |
| | Suite 119 | |
| | Houston, Texas 77024 | |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 | |

</div>

/s/ Richard J. Whitmore, II

*Richard J. Whitmore, II*
*Managing Member*

Debtor(s):  TFRC Enterprises LLC

Case No:

Chapter:  11

SOUTHERN DISTRICT OF TEXAS

VICTORIA DIVISION

Austin County
804 E. Wendt
Bellville, Texas 77418

New Rez LLC
c/o Shellpoint Mtg Servicing
PO Box 650840
Dallas, TX 75265-0840

Wellington Risk Ins Agency
PO Box 230
Fort Worth, TX 76101

Capital Premium Financing LLC
PO Box 660232
Dallas, TX 77450

PHH Mortgage Services
PO Box 94087
Palatine, IL 60094-4087

City of Sealy
Utilities Dept.
PO Box 517
Sealy, TX 77474-0517

Quest Trust Company
c/o Raymond Riddell
17171 Park Row Dr
Houston, TX 77084

Clark Street Properties
3114 Carnegie
Houston, TX 77005

Quest Trust Company
c/o Reggie Fox
17171 Park Row Dr
Houston, TX 77084

Hary Sexton Enterprises
1539 S. Mason Rd # 73
Katy, TX 77450

Reliant
PO Box 650475
Dallas, TX 75265-0475

Home Depot Credit Card
Dept 32 - 2194896084
PO Box 9001030
Louisville, KY 40290-1030

S&H Storage
PO Box 782
Sealy, Texas 77474

Internal Revenue Service
Centralized Insolvency Operatio
P.O. Box 7346
Philadelphia, PA 19101-7346

Seth Kretzer, Receiver
9119 S. Gessner Rd.
Suite 105
Houston, Texas

Internal Revenue Service
300 E. 8th Street
M/S 5026 AUS
Austin, TX 78701

Seth Kretzer, Receiver
Kretzer Firm
917 Franklin Street, Sixth Foor
Houston, Texas 77002

Leases To Be Supplemented

United States Attorney General
950 Pennsylvania Ave, NW
Washington, DC 20530-0001

Loancare
PO Box 60509
City of Industry, CA 91716-0509

United States Attorney's Office
Civil Process Clerk
1000 Louisiana Street, Ste 2300
Houston, TX 77002

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| **TFRC Enterprises LLC** | § | |
| | § | Case No. _____ |
| | § | |
| Debtor(s) | § | Chapter ___11_____ |

## DECLARATION FOR ELECTRONIC FILING OF BANKRUPTCY
## PETITION, LISTS, STATEMENTS, AND SCHEDULES

### PART I: DECLARATION OF PETITIONER:

As an individual debtor in this case, or as the individual authorized to act on behalf of the corporation, partnership, or limited liability company seeking bankruptcy relief in this case, I hereby request relief as, or on behalf of, the debtor in accordance with the chapter of title 11, United States Code, specified in the petition to be filed electronically in this case. I have read the information provided in the petition, lists, statements, and schedules to be filed electronically in this case and I HEREBY DECLARE UNDER PENALTY OF PERJURY that the information provided therein, as well as the social security information disclosed in this document, is true and correct. I understand that this Declaration is to be filed with the Bankruptcy Court within five (5) business days after the petition, lists, statements, and schedules have been filed electronically. I understand that a failure to file the signed original of this Declaration will result in the dismissal of my case.

☐  *[Only include for Chapter 7 individual petitioners whose debts are primarily consumer debts]* --
I am an individual whose debts are primarily consumer debts and who has chosen to file under chapter 7. I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each chapter, and choose to proceed under chapter 7.

☑  *[Only include if petitioner is a corporation, partnership or limited liability company]* --
I hereby further declare under penalty of perjury that I have been authorized to file the petition, lists, statements, and schedules on behalf of the debtor in this case.

Date: __1/27/2023_____  **/s/ Richard J. Whitmore, II_____**
Richard J. Whitmore, II
Managing Member
**Complete EIN:_90-0759136_____**

### PART II: DECLARATION OF ATTORNEY:

I declare UNDER PENALTY OF PERJURY that: (1) I will give the debtor(s) a copy of all documents referenced by Part I herein which are filed with the United States Bankruptcy Court; and (2) I have informed the debtor(s), if an individual with primarily consumer debts, that he or she may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Date: __1/27/2023_____                          **/s/ Richard Lee Fuqua II_____**
Richard Lee Fuqua II, Attorney for Debtor