| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **TFRC Enterprises LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Austin County  804 E. Wendt  Bellville, Texas 77418 | | Taxes | | | | $11,500.00 |
| 2 | Clark Street Properties  3114 Carnegie  Houston, TX 77005 | | First lien | | $94,000.00 | $90,000.00 | $4,000.00 |
| 3 | Hary Sexton Enterprises  1539 S. Mason Rd # 73  Katy, TX 77450 | | Goods & Services | | | | $3,900.00 |
| 4 | Capital Premium Financing LLC  PO Box 660232  Dallas, TX 77450 | | Property Insurance | | | | $1,843.77 |
| 5 | City of Sealy  Utilities Dept.  PO Box 517  Sealy, TX 77474-0517 | | Utilities | | | | $875.97 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  **TFRC Enterprises LLC**          Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Home Depot Credit Card<br>Dept 32 - 2194896084<br>PO Box 9001030<br>Louisville, KY 40290-1030 | | Credit Card | | | | $409.00 |
| 7 | Reliant<br>PO Box 650475<br>Dallas, TX 75265-0475 | | Utilities | | | | $261.04 |
| 8 | Wellington Risk Ins Agency<br>PO Box 230<br>Fort Worth, TX 76101 | | Insurance | | | | $116.48 |
| 9 | S&H Storage<br>PO Box 782<br>Sealy, Texas 77474 | | Storage fees | | | | $100.00 |